1128

No. 93–1583. TEXAS COMMERCE BANCSHARES, INC. *v.* GROSS-MAN. C. A. 2d Cir. Certiorari denied.

No. 93–1585. ANONSEN ET AL. *v.* DONAHUE ET AL. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 93–1586. INTERNATIONAL WOODWORKERS OF AMERICA, U. S., AFL–CIO, ET AL. *v.* WEYERHAEUSER CO. C. A. 8th Cir. Certiorari denied.

No. 93–1589. SEARS, ROEBUCK & CO. ET AL. *v.* HARRIS, AD-MINISTRATRIX OF THE ESTATE OF SIMPSON, DECEASED, ET AL. Sup. Ct. Ala. Certiorari denied.

No. 93–1593. HILLARY *v.* TRANS WORLD AIRLINES, INC. C. A. 5th Cir. Certiorari denied.

No. 93–1594. GOLDEN VALLEY MICROWAVE FOODS, INC. *v.* WEAVER POPCORN CO., INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 93–1598. STEELE *v.* STATE BAR OF MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 93–1607. BROTHERS *v.* BROTHERS ET AL. Ct. Civ. App. Ala. Certiorari denied.

No. 93–1614. HUGHES *v.* NORFOLK & WESTERN RAILWAY CO. Sup. Ct. Va. Certiorari denied.

No. 93–1618. GRAHAM ET AL. *v.* BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari de-nied.

No. 93–1619. BROYDE ET AL. *v.* GOTHAM TOWER, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–1653. MILLER *v.* ARKANSAS. Ct. App. Ark. Certio-rari denied.

No. 93–1658. GILBERT-BEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.